[No. 40214-9-II. Division Two. April 12, 2011.]

LINCOLN F. LOCKHART, *Appellant*, v. HAROLD V. ROBINSON
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-2-02318-5, M. Karlynn Haberly, J., entered December 18, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 40281-5-II. Division Two. April 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ROBERT PYLE,
*Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00372-0, Carol Murphy, J., entered January 29, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 40356-1-II. Division Two. April 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY J. GLERUP,
*Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00053-3, David L. Edwards, J., entered February 16, 2010. *Remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Johanson, JJ.

[No. 40492-3-II. Division Two. April 12, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES E. SUCH,
*Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00026-0, Gordon Godfrey, J., entered March 1, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Johanson, JJ.